UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:       Case No.: 16-33504

FLORES, LISSETTE SANTOS      Chapter: 7 -- Liquidation

     Judge: STACEY L. MEISEL

**NOTICE OF PROPOSED ABANDONMENT**

Nicholas J. Delzotti, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable STACEY L. MEISEL on 02/14/2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 526 Seminary Avenue<br>Rahway, NJ 07065<br>Property has a fair market value of $203,300.00 per<br>Carrington Real Estate Services |
|---|---|

| Liens on property: | Mortgage is held by<br>Seterus, Inc.<br>with a balance of<br>$343,176.00<br>With the cost of sale the Trustee believes this property has no value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Nicholas J. Delzotti

Address: PO Box, 20117, Newark, NJ 07102

Telephone No.: (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

*rev.8/1/15*

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 16-33504-SLM
Lissette V. Santos Flores                                       Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                Page 1 of 2         Date Rcvd: Jan 12, 2017
                             Form ID: pdf905            Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db             +Lissette V. Santos Flores,   526 Seminary Ave.,    Rahway, NJ 07065-3410
516554538     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court:   Americredit Financial Services dba GM Financial,   PO Box 183853,
                Arlington TX 76096)
516541021      +Bank Of America,   Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
516541023      +Commercial Acceptance,   2300 Gettysburg Rd.,    Camp Hill, PA 17011-7303
516541028      +Federal National Mortgage Asso,   14221 Dallas Parkway, Ste.1000,    Attn : Bankruptcy Dept.,
                Dallas, TX 75254-2946
516541031      +Luis Santos,   526 Seminary Ave.,    Rahway, NJ 07065-3410
516541032      +Middlesex Emergency Physicians, P.A.,    65 James Street,   Edison, NJ 08820-3947
516541034      +Ragan & Ragan, P.C.,   3100 Route 138 West,    Brinley Plaza, Bldg. One,   Wall, NJ 07719-9020
516541035      +Rushmore Loan Mgmt Ser,   15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
516541036      +Seterus, Inc.,   14523 S.W. Millikan Way,    Beaverton, OR 97005-2352
516541037      +T-Mobile USA, Inc.,   P.O. Box 248848,    Oklahoma City, OK 73124-8848
516541038      +Trinitas Regional Medical Center,    225 Williamson Street,   Elizabeth, NJ 07202-3625
516541039      +University Radiology Group, P.C.,    P.O. Box 1075,   East Brunswick, NJ 08816-1075
516541040      +Verizon Wireless, Inc.,   500 Technology Dr.,    Suite 500,   Weldon Spring, MO 63304-2225
516541041      +Verizon Wireless, Inc.,   500 Technology Dr., Ste.550,   Weldon Spring, MO 63304-2225
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2017 23:36:18     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2017 23:36:15     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516541022      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 12 2017 23:36:45
                Comcast Cable Co.,   P.O. Box 1809,   Union, NJ 07083-1809
516541024      +E-mail/Text: Bankruptcy.Consumer@dish.com Jan 12 2017 23:36:13     Dish Network,
                P.O. Box 94063,   Palatine, IL 60094-4063
516541025      +E-mail/Text: bknotice@erccollections.com Jan 12 2017 23:36:21
                Enhanced Recovery Company, LLC,   8014 Bayberry Road,   Attn : Client Services,
                Jacksonville, FL 32256-7412
516541026      +E-mail/Text: bknotice@erccollections.com Jan 12 2017 23:36:21     Enhanced Recovery Corp.,
                8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
516541030       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 12 2017 23:36:29     Jefferson Capital Systems, LLC,
                16 McLeland Rd.,   Attn : Bankruptcy Dept.,   Saint Cloud, MN 56303
516541029       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 12 2017 23:36:29     Jefferson Capital Systems, LLC,
                16 Mcleland Rd.,   Saint Cloud, MN 56303
516541033      +E-mail/Text: bankruptcy@onlineis.com Jan 12 2017 23:36:44     Online Collections,
                P.O. Box 1489,   Winterville, NC 28590-1489
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516541020*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court:   Americredit Financial Services, Inc.,   801 Cherry Street,
                Ste. 350,   File # DJ-269053-08,   Fort Worth, TX 76102)
516541027*     +Enhanced Recovery Corp., LLC,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
516541019     ##+Allied Interstate, LLC,   P.O. Box 4000,   Warrenton, VA 20188-4000
                                                                                 TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Jan 12, 2017
                              Form ID: pdf905            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
           NJ58@ecfcbis.com
          Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William P. Bonomo    on behalf of Debtor Lissette V. Santos Flores nyattybill@aol.com,
           bonomolawecf@gmail.com;claudiacas45@hotmail.com;lediazlaw@gmail.com;G3003@notify.cincompass.com;P
           erezjrlegaldocs@verizon.net;lediazlaw@gmail.com
                                                                                             TOTAL: 5
```